USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

ANGELINA PUERTO,

Plaintiff,

-against-

26-cv-1045 (LAK)

THE CITY OF NEW YORK, et al.,

Defendants.

------------------------------------------x

**ORDER DISMISSING CASE**

LEWIS A. KAPLAN, *District Judge.*

The mediator having reported that agreement between the parties was reached on all issues, this case is dismissed with prejudice and without costs subject to the right of any party to reinstate by serving and filing a notice to that effect, on or before October 2, 2026, if the settlement is not consummated by then.

SO ORDERED.

Dated: September 2, 2026

Lewis A. Kaplan
United States District Judge